

# Fourth Court of Appeals
## San Antonio, Texas

February 13, 2014

No. 04-13-00668-CR

Javier **GARZA**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR3388
The Honorable Angus K. McGinty, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on February 7, 2014. On February 6, 2014, appellant filed a motion requesting a 90-day extension to file his brief. The motion is GRANTED IN PART. The Appellant's brief must be filed by April 8, 2014. **NO FURTHER EXTENSIONS WILL BE GRANTED ABSENT EXTENUATING CIRCUMSTANCES**.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of February, 2014.

Keith E. Hottle
Clerk of Court